IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCURY INSURANCE COMPANY,<br>**Plaintiff,**<br><br>v.<br><br>RITA ANN D'AMATO, CARMEN D'AMATO, RITA D'AMATO AND CHRISTOPHER WILLIAMS,<br>**Defendants.** | CIVIL ACTION<br><br><br>NO. 18-1444 |

FILED
JUN 11 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 11th day of June, 2018, upon consideration of Defendant Christopher Williams's Motion to Dismiss (ECF No. 3), Plaintiff's Response in Opposition Thereto (ECF No. 4), Defendant Carmen D'Amato, Rita Anne D'Amato, and Rita D'Amato's Motion to Dismiss (ECF No. 5), and Plaintiff's Response In Opposition Thereto (ECF No. 8), **IT IS HEREBY ORDERED** that the Motions are **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**